UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff

                DECISION and ORDER

-vs-

                11-CR-6083

JEFFREY TYLER

                Defendant
_____

      **Siragusa, J.** This case was referred by order of the undersigned, docketed May 2, 2011, ECF No. 2, to Magistrate Judge Marian W. Payson, pursuant to 28 U.S.C. § 636(b)(1)(A)-(B). On January 3, 2013, Defendant filed an omnibus motion, ECF No. 345, seeking various forms of relief, including suppression of statements made on February 23, 2012. Regarding Defendant's application to suppress statements, an evidentiary hearing was held on March 12, 2013, ECF No. 389, and a transcript of that proceeding was filed on March 29, 2013, ECF No. 395. On November 27, 2013, Magistrate Judge Payson filed a Report and Recommendation ("R&R"), ECF No. 442 recommending that the Court deny Defendant's motion to suppress. The time has passed for Defendant to file any objections to the R&R, and none have been filed.

      Accordingly, for the reasons set forth in Magistrate Judge Payson's R&R, ECF No. 442, Defendant's application to suppress statements made on February 23, 2012 is denied.

      IT IS SO ORDERED.

Dated:  Rochester, New York
          February 13, 2015

                ENTER:

                              */s/ Charles J. Siragusa*
                              CHARLES J. SIRAGUSA
                              United States District Judge